IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RTC INDUSTRIES, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZIVELO INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 14-cv-5708<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Sheila Finnegan<br><br>JURY DEMAND |

**STIPULATED DISMISSAL**

Plaintiff, RTC Industries, Inc., and Defendant, Zivelo Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims in this action. Plaintiff dismisses its claims against Defendant without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

1

Dated:  December 10, 2014     Respectfully submitted,

By:  /s/ Victoria R. M. Webb
    Joseph J. Berghammer
        *jberghammer@bannerwitcoff.com*
    Scott A. Burow
        *sburow@bannerwitcoff.com*
    Victoria R. M. Webb
        *vwebb@bannerwitcoff.com*
    BANNER & WITCOFF, LTD.
    10 South Wacker Drive, Suite 3000
    Chicago, Illinois 60606
    Tel.:   (312) 463-5000
    Fax:   (312) 463-5001

*Attorneys for Plaintiff*
*RTC Industries, Inc.*


By:  /s/ Gabriel G. Tsui (by consent)

    Gabriel G. Tsui
        *gtsui@leechtishman.com*
    William Robert Brodzinski
        *wbrodzinski@leechtishman.com*
    LEECH TISHMAN
    4225 Naperville Road, Suite 230
    Lisle, IL 60532
    Tel: 630-505-1600
    Fax: 630-505-1608

*Attorneys for Defendant Zivelo, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record for Defendant:

Gabriel G. Tsui
William Robert Brodzinski
LEECH TISHMAN
4225 Naperville Road, Suite 230
Lisle, IL 60532
Tel: 630-505-1600
Fax: 630-505-1608
gtsui@leechtishman.com
wbrodzinski@leechtishman.com

By: /s/ Victoria R. M. Webb
Victoria R. M. Webb
Banner & Witcoff, LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel: 312.463.5000
Fax: 312.463.5001
*vwebb@bannerwitcoff.com*